UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John R. Dowdle, | ) C/A No. 1:10-1009-JFA-SVH |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Capt. Harold Crocker, *500, et al.*, | ) |
| Defendants. | ) |

  This is a civil action originally filed by two prisoners. In an order filed in *Garron Norris and John Dowdle v. Harold Crocker, et al.*, Civil Action No. 1:10-0441-JFA-SVH, on April 22, 2010, the magistrate judge directed the Clerk of Court to terminate John Dowdle as a plaintiff in Civil Action No. 1:10-0441-JFA-SVH and to assign a separate civil action number to address his claims. As a result, John R. Dowdle is sole plaintiff in this case.

  In an order filed in this case on April 26, 2010, the magistrate judge directed the plaintiff to submit an amended complaint, a motion to proceed *in forma pauperis*, Forms USM-285, and a summons. The plaintiff did so. The amended complaint submitted is essentially the original complaint with a proper signature and date. On page 2 of the amended complaint, the names of additional 32 defendants (not listed in the caption) appeared. Hence, the magistrate judge, in an order entered on May 10, 2010, directed the plaintiff to submit Forms USM-285 for the 32 new defendants.

  This matter is before the court because of the plaintiff's failure to comply with the magistrate judge's order of May 10, 2010. A review of the record indicates that the magistrate judge ordered the plaintiff to submit items needed to render this case into "proper form" within twenty-one (21) days, and that if he failed to do so, this case would be dismissed *without prejudice*. The plaintiff has failed to respond to the magistrate judge's order of May 10, 2010.

  Accordingly, the above-captioned case is dismissed *without prejudice*. The Clerk of Court shall close the file.[*]

  IT IS SO ORDERED.

June 8, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[*] Under the General Order (Misc. No. 3:07-MC-5014-JFA) filed on September 18, 2007, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If the plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (901 Richland Street, Columbia, South Carolina 29201).